\*E-Filed 10/11/11\*

MARK JOSEPH KENNEY (State Bar No. 87345)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
American General Financial Services,
Inc., now known as Springleaf
Financial Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLON & ONDRIA HUNT,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. (AIG); AMERICAN GENERAL FINANCIAL SERVICES; H & H RECOVERY; and DOES 1 through 100.,<br><br>    Defendants. | Case No.: C11-04018 (RS)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING ARBITRATION**<br>**AND STAY OF CIVIL ACTION**<br>AS MODIFIED BY THE COURT |

WHEREAS, on August 16, 2011, defendant American General Financial Services, Inc. ("AGFS") filed a Motion to Compel Arbitration and Stay Litigation ("Motion");

WHEREAS, for the reasons set forth in the Motion, plaintiffs Tylon and Ondria Hunt ("Plaintiffs") and AGFS believe that, to the extent Plaintiffs purport to have asserted any claims in their complaint, they are required to be resolved in arbitration pursuant to the parties' agreement; and

WHEREAS, the parties believe that the above-captioned civil action, including all discovery, should be stayed in its entirety pending completion of the arbitration;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that the Court order as follows:

1.  Plaintiffs are compelled to bring their claims, if at all, in arbitration in accordance with the parties' May 27, 2008 Loan Agreement and Disclosure Statement;

1 | 2. This action shall be, and hereby is, stayed in its entirety pending completion of any
2 | initiated arbitration.
3 | 3. Plaintiffs must initiate arbitration within 60 days from service of notice of entry of
4 | this Order; and
5 | 4. Plaintiffs' failure to commence arbitration as set forth above will result in the
6 | dismissal of this case with prejudice.
7 | 5. The parties are ordered to appear telephonically at a Case Management Conference on February 9, 2012 at 10:00 a.m. The parties shall call Court Conference at 866/582-6878 to
8 | **IT IS SO STIPULATED.**   arrange their participation at least one week prior to the conference.

DATED: September 6, 2011                ANEW LAW CORPORATION

                                        By: _____/s/ Demas W. Yan_____
                                                Demas W. Yan

                                        Attorneys for Plaintiffs
                                        Tylon Hunt and Ondria Hunt


DATED: September 6, 2011                SEVERSON & WERSON
                                        A Professional Corporation


                                        By: _____/s/ Andrew S. Elliott_____
                                                Andrew S. Elliott

                                        Attorneys for Defendant
                                        American General Financial Services, Inc., now known as Springleaf Financial Services, Inc.

**IT IS SO ORDERED.**

DATED: __10/11__, 2011

                                        _____
                                        Hon. Richard Seeborg
                                        United States District Court Judge

- 2 -

06085/0088/961921.1                                             STIPULATION RE ARBITRATION
                                                                Case No.: C11-04018 (EDLx)