1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLON & ONDRIA HUNT,<br><br>            Plaintiffs,<br><br>      vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. (AIG); AMERICAN GENERAL FINANCIAL SERVICES; H & H RECOVERY; and DOES 1 through 100.,<br><br>            Defendants. | Case No.:  3:11-cv-04018-RS<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL AND CONFIRMATION OF ARBITRATION DISMISSALS**<br><br>Judge:     Hon. Richard Seeborg<br><br>Complaint filed July 13, 2011 |

06085.0088/2424965.1

[PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Complaint filed on or about July 13, 2011 by plaintiffs Tylon Hunt and Ondria Hunt (together, the "Hunts"), and removed to this Court on August 16, 2011, by defendant American General Financial Services, Inc. ("AGFS") (now known as Springleaf Financial Services, Inc.), shall be dismissed <u>with prejudice</u>.

The dismissals set forth in the Arbitration Order attached hereto as **Exhibit A** and dated October 26, 2012 are hereby confirmed.

**IT IS SO ORDERED.**

DATED:  11/15        , 2012

_____
Hon. Richard Seeborg